IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17 CR 20 (CAB) |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| v. | ) | |
| | ) | |
| RAYVONNA TAYLOR, | ) | **NOTICE OF ARRAIGNMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Please take notice that above-entitled case has been set for arraignment on the Indictment filed on January 10, 2017 (ECF # 1) before Magistrate Judge William H. Baughman, Jr. on **Monday, January 23, 2017** at **11:00 a.m.** in Courtroom 10A, 801 West Superior Avenue, Cleveland, Ohio.

Date: January 18, 2017

s/Donna M. Hach
Geri M. Smith, Clerk of Court
By:   Donna M. Hach
        Courtroom Deputy
        216-357-7222

TO:
AUSA Vasile Katsaros
Alek H. El-Kamhawy
Pretrial Services
Probation
U.S. Marshal
Court Reporters

**Counsel to inform client(s) of this date and time**