# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

2017 JAN 23 PM 12: 04

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America

v.

Rayvonna Taylor

Defendant.

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 1:17 CR 20 (CAB)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. Section 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## Standard Conditions of Release

( x ) (6) The Defendant shall refrain from possessing a firearm, destructive device or dangerous weapon.

( x ) (7) Defendant's travel is restricted to the Northern District of Ohio and/or _____
_____ subject to further order of the court.

( x ) (8) Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner.

( x ) (9) The Defendant shall report as soon as possible, to the pretrial services office or supervising officers, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

(10) **Pretrial Supervision (Check Box "A" or "B")**

[ ] A. Submit to Pretrial Services supervision by telephone/fax/mail for the limited purpose of confirming residence and employment. Further conditions may be imposed with approval of a judge of the court.

[✓] B. Submit to Pretrial Services supervision as directed, and submit to home or employment visits by Pretrial Services as deemed necessary, and promptly inform Pretrial Services of any address, phone number, or employment changes.

# Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ The defendant is placed in the custody of:
Person or organization _____
Address (*only if above is an organization*) _____
City and State _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed _____　　Date: _____
*Custodian*

☑ **The defendant must:**

☐ continue or actively seek employment.

☐ maintain or commence an education program.

☐ shall comply with the Northern District of Ohio Defendant/Offender Employment Policy which may include participation in training, education, counseling, and/or daily job search as directed by the pretrial services and probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be directed to perform up to 20 hours of community service per week until employed, as approved or directed by the pretrial services and probation officer.

☑ surrender any passport no later than <u>January 23, 2017 to the Clerk of Court</u> and not obtain a passport or other international travel document.

☐ abide by the following restrictions on personal association, residence, or travel: _____

☐ avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

☐ Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed.

☐ return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

☐ participate in a halfway house program as deemed appropriate by Pretrial Services and abide by the rules of the facility. This Court approves the release of the bail report to the halfway house for the purposes of admission and treatment.

☐ not use alcohol ☐ at all ☐ excessively.

☐ submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

☐ avoid all contact with co-defendants.

☑ maintain residence with/at: <u>as reported to Pretrial Services.</u>

☐ clear all outstanding warrants by: _____

- [ ] participate in one of the following location restriction programs and comply with its requirements as directed.

  - [ ] Participate in the **Curfew** component of the location monitoring program and abide by all requirements of the program which will include:

    - [ ] Location monitoring technology at the discretion of the officer
    - [ ] Radio Frequency (RF) Monitoring
    - [ ] Passive GPS Monitoring
    - [ ] Active GPS Monitoring (to include hybrid GPS)

    You shall pay the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. <u>Curfew</u>: the defendant is restricted to their residence every day from <u>to</u>, or as directed by Pretrial Services.

  - [ ] Participate in the **Home Detention** component of the location monitoring program and abide by all Requirements of the program which will include:

    - [ ] Location monitoring technology at the discretion of the officer
    - [ ] Radio Frequency (RF) Monitoring
    - [ ] Passive GPS Monitoring
    - [ ] Active GPS Monitoring (to include hybrid GPS)

    You shall pay the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. <u>Home Detention</u>: The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services.

  - [ ] Participate in the **Home Incarceration** component of the location monitoring program and abide by all requirements of the program which will include:

    - [ ] Location monitoring technology at the discretion of the officer
    - [ ] Radio Frequency (RF) Monitoring
    - [ ] Passive GPS Monitoring
    - [ ] Active GPS Monitoring (to include hybrid GPS)

    You shall pay the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. <u>Home Incarceration</u>: The defendant is restricted to their residence at all times except for medical needs or treatment, religious services, attorney visits, and court appearances pre-approved by Pretrial Services.

  - [ ] Participate in **Stand Alone Monitoring** - The defendant shall be monitored by the form of location monitoring indicated below which shall be utilized for the purpose of verifying compliance with any court imposed condition of supervision.

    - [ ] Location monitoring technology at the discretion of the officer
    - [ ] Radio Frequency (RF) Monitoring
    - [ ] Passive GPS Monitoring
    - [ ] Active GPS Monitoring (to include hybrid GPS)

    You shall pay the costs of participation in the location monitoring program, based upon your ability to pay as directed by the pretrial services and probation officer.

  - [ ] participate in cognitive behavioral program as instructed by the pretrial services and probation officer.

- [ ] **Prohibition on Access to Computer/Internet:** The defendant is prohibited from accessing any computer, Internet Service Provider, bulletin board system or any other public or private computer network or the service at any location * (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. Any approval shall be subject to any conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval. Any computer found is subject to seizure and/or search. A search will not be conducted prior to approval of the Court.

- [ ] **Computer/Internet Access Permitted:** The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at his/her expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly. The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about his/her entire computer system (hardware/software); all passwords used by him/her; and his/her Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐ **Computer/Internet Restrictions:** The defendant is prohibited from accessing any on-line computer service at any location (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. This includes any Internet Service Provider, bulletin board system or any other public or private computer network. Any approval shall be subject to conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval.

The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at the defendant's expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly.

The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about the defendant's entire computer system (hardware/software); all passwords used by him/her; and the defendant's Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐ **No Contact with Minors:** The defendant shall not associate or have verbal, written, telephone, or electronic communication with any person under the age of 18 except in the presence of the parent or legal guardian of said minor. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services.

The defendant shall not frequent or loiter within 1000 feet of schoolyards, playgrounds, theme parks, arcades, swimming pools, skating rinks, toy stores and other places where persons under the age of 18 play, congregate, or gather, without the prior express written approval of the U.S. Pretrial Services and Probation Office.

The defendant shall not seek, obtain or maintain any employment, volunteer work, church or recreational activities involving minors (persons under the age of 18) in any way without the prior express written approval of the U.S. Pretrial Services and Probation Office.

☐ _____
☐ _____

_William H. Baughman, Jr., United States Magistrate Judge_

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly m ore serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both:

2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

3) any other felony - you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

4) a misdemeanor - you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Raynonne Taylor*
Defendant's Signature

City and State: Cleveland, OH     Telephone: 216-421-5415

### Directions to United States Marshal

[✓] The defendant is ORDERED released after processing.
[ ] The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1.23.17

Judicial Officer's Signature

William H. Baughman, Jr., United States Magistrate Judge
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# NORTHERN DISTRICT OF OHIO

**EASTERN DIVISION**

Ashtabula, Trumbull, Mahoning (Youngstown), Columbiana, Lake, Geauga, Portage, Carroll, Cuyahoga (Cleveland), Summit (Akron), Stark, Tuscarawas, Medina, Wayne, Holmes, Lorain, Ashland, Richland

**WESTERN DIVISION**

Erie, Huron, Crawford, Ottawa, Sandusky, Seneca, Wyandot, Marion, Lucas (Toledo), Wood, Hancock, Hardin, Fulton, Henry, Putnam, Allen, Auglaize, Williams, Defiance, Paulding, Van Wert, Mercer