**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.1:17cr20** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **RAYVONNA TAYLOR,** | ) | **ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PURPOSES OF RECEIVING DEFENDANT'S PLEA OF GUILTY** |
| | ) | |
| Defendant. | ) | |

Pursuant to General Order 99-49, this case is referred to United States Magistrate Judge Ruiz for purposes of receiving, on consent of the parties, the Defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

IT IS SO ORDERED.

Date 3/21/2017

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge